**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 99-7720**

―――――――――――

CHRISTOPHER JAMES FORDHAM,

                                    Plaintiff - Appellant,

        versus

NORTH CAROLINA DEPARTMENT OF CORRECTIONS; MACK
JARVIS; FRANKLIN FREEMAN; LYNN C. PHILLIPS;
RANDALL LEE; RICHARD T. DUKE, JR.; RICKY
ROBINSON; MR. MCWILLIAMS; SERGEANT WIGGINS;
SERGEANT DELOATCH; W. SLEDGE, SR.; OFFICER
DILLARD; OFFICER ROWE; OFFICER PRIMUS; OFFICER
MITCHELL,

                                    Defendants - Appellees.

―――――――――――

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (CA-98-789-5-BO)

―――――――――――

Submitted:  August 31, 2000      Decided:  September 21, 2000

―――――――――――

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Christopher James Fordham, Appellant Pro Se. Jane Ray Garvey, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellees.

―――――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Christopher James Fordham appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Fordham v. North Carolina Dep't of Corr., No. CA-98-789-5-BO (E.D.N.C. Nov. 16, 1999). Fordham's request for injunctive relief is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED